For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Adrian GRAHAM, Appellant.**

**No. WD 73896.**

Missouri Court of Appeals,
Western District.

July 24, 2012.

Jessica P. Meredith, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Special Division: ZEL FISCHER, Special Judge, Presiding, MARK D. PFEIFFER, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Adrian Graham was convicted after a jury trial in Saline County Circuit Court of one count of first degree assault, Section 565.050 (RSMo 2000); one count of armed criminal action, Section 571.015 (RSMo 2000); and one count of unlawful possession of a firearm, Section 571.070 (RSMo 2000). For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).